THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES L. VALIQUET, Defendant-Appellant.

(No. 57096; 

First District—January 29, 1973.

Opinion by Mr. JUSTICE GOLDBERG.

Fred Ross, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and John C. O'Rourke, Jr., Assistant State's Attorneys, of counsel,) for the People.